REGINA STEEDLEY *v.* ROLAND L. PRATT, JR., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 125 Conn. App. 907 (AC 31663), is denied.

*Laurence V. Parnoff*, in support of the petition.

*Leo J. McManus*, in opposition.

Decided February 10, 2011

STATE OF CONNECTICUT *v.* TYRONE ROBINSON

The defendant's petition for certification for appeal from the Appellate Court, 125 Conn. App. 484 (AC 32057), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Richard E. Condon, Jr.*, assistant public defender, in support of the petition.

*Rocco A. Chiarenza*, deputy assistant state's attorney, in opposition.

Decided February 10, 2011

FOSTER M. YOUNG *v.* CHARLES D. GIANETTI ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 32384) is denied.

*Charles D. Gianetti*, pro se, in support of the petition.

*Patrick D. Skuret*, in opposition.

Decided February 10, 2011